UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:13-cv-00797-SPC-DNF

DON EAGLE, on behalf of himself
and all others similarly situated,

     Plaintiff,

v.

FALLSAFE SOLUTIONS, LLC, a
Florida Limited Liability Company,
and SCHEAR CONSTRUCTION,
LLC, a Florida Limited Liability
Company,

     Defendants.

_____/

**DEFENDANT'S, SCHEAR CONSTRUCTION, LLC, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CLASS AND COLLECTIVE ACTION COMPLAINT**

Defendant, SCHEAR CONSTRUCTION, LLC, by and through its undersigned counsel, hereby files its answer and affirmative defenses, as follows:

Defendant denies each and every allegation of the Plaintiff's complaint not expressly or otherwise admitted below. Defendant also specifically reserves the right to assert any additional affirmative defenses in matters of avoidance that may be disclosed during the course of additional investigation and discovery. Defendant's answer to each of the specifically enumerated paragraphs of the Plaintiff's complaint is as follows:

1.    Defendant denies each and every allegation, inference and legal conclusion contained in Paragraph 1 of the Plaintiff's complaint and demands strict

proof thereof.   Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

2.      Defendant denies each and every allegation, inference and legal conclusion contained in Paragraph 2 of the Plaintiff's complaint and demands strict proof thereof.   Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

3.      Defendant denies each and every allegation, inference and legal conclusion contained in Paragraph 3 of the Plaintiff's complaint and demands strict proof thereof.   Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

4.      With regard to Paragraph 4 of the Plaintiff's Complaint, Defendant denies that Plaintiff is entitled to any declaration of rights and demands strict proof thereof.

5.      Defendant denies for want of knowledge the allegations, inferences and legal conclusions contained in Paragraph 5 of the Plaintiff's complaint and demands strict proof thereof.

6.      Defendant admits the allegations contained in Paragraph 6 of the Plaintiff's Complaint.

7.      Defendant denies the allegations, inferences and legal conclusions

2

contained in Paragraph 7 of the Plaintiff's Complaint and demands strict proof thereof.

8.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 8 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

9.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 9 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

10.    With regard to Paragraph 10 of the Plaintiff's Complaint, it is not really an averment to which a response is necessary; however, Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 10 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

11.    With regard to Paragraph 11 of the Plaintiff's Complaint, Defendant denies that Plaintiff is entitled to class certification and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff

3

for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

12.    With regard to Paragraph 12 of the Plaintiff's Complaint, it is not really an averment to which a response is necessary; however, Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 12 of the Plaintiff's Complaint and demands strict proof thereof.  Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

13.    With regard to Paragraph 13 of the Plaintiff's Complaint, Defendant does not contest jurisdiction.  However, Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 13 of the Plaintiff's Complaint and demands strict proof thereof.  Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

14.    With regard to Paragraph 14 of the Plaintiff's Complaint, Defendant does not contest jurisdiction or venue.   However, Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 14 of the Plaintiff's Complaint and demands strict proof thereof.  Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for

4

class treatment.

15.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 15 of the Plaintiff's Complaint and demands strict proof thereof.

16.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 16 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

17.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 17 of the Plaintiff's Complaint and demands strict proof thereof.

18.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 18 of the Plaintiff's Complaint and demands strict proof thereof.

19.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 19 of the Plaintiff's Complaint and demands strict proof thereof.

20.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 20 of the Plaintiff's Complaint and demands strict proof thereof.

21.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 21 of the Plaintiff's Complaint and demands strict proof thereof.

22.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 22 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff

for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

23.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 23 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

24.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 24 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

25.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 25 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

26.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 26 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further,

6

Defendant denies that this case is appropriate for class treatment.

27.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 27 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

28.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 28 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

29.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 29 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

30.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 29 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

7

31.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 31 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

32.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 32 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

33.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 33 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

34.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 34 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

35.     Defendant denies the allegations, inferences and legal conclusions

contained in Paragraph 35 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

36.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 36 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

37.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 37 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

38.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 38 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

39.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 39 of the Plaintiff's Complaint and demands strict proof thereof.

Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

40.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 40 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

41.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 41 of the Plaintiff's Complaint and demands strict proof thereof.

42.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 42 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

43.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 43 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

44.     Defendant denies the allegations, inferences and legal conclusions

contained in Paragraph 44 of the Plaintiff's Complaint and demands strict proof thereof.

45.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 45 of the Plaintiff's Complaint and demands strict proof thereof.

46.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 46 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

47.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 47 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

48.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 48 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

49.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 49 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff

for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

50.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 50 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

51.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 51 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

52.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 52 of the Plaintiff's Complaint and demands strict proof thereof.

53.     With regard to paragraph 53 of the Plaintiff's complaint, Defendant restates, re-alleges and fully incorporates herein its responses to paragraphs 1-52 above.

54.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 54 of the Plaintiff's Complaint and demands strict proof thereof.

55.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 55 of the Plaintiff's Complaint and demands strict proof thereof.

Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

56.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 56 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

57.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 57 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

58.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 58 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in. Still further, Defendant denies that this case is appropriate for class treatment.

59.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 59 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff

for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

Defendant denies that Plaintiff is entitled to any of the damages or relief sought in the WHEREFORE clause of the first cause of action of the Plaintiff's complaint.

60.    With regard to paragraph 60 of the Plaintiff's complaint, Defendant restates, re-alleges and fully incorporates herein its responses to paragraphs 1-52 above.

61.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 61 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

62.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 62 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

63.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 63 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further,

Defendant denies that this case is appropriate for class treatment.

64.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 64 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

65.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 65 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

Defendant denies that Plaintiff is entitled to any of the damages or relief sought in the WHEREFORE clause of the second cause of action of the Plaintiff's complaint.

66.     With regard to paragraph 66 of the Plaintiff's complaint, Defendant restates, re-alleges and fully incorporates herein its responses to paragraphs 1-52 above.

67.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 67 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

68.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 68 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

69.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 69 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

70.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 70 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

71.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 71 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

Defendant denies that Plaintiff is entitled to any of the damages or relief sought

in the WHEREFORE clause of the third cause of action of the Plaintiff's complaint.

72.    With regard to paragraph 72 of the Plaintiff's complaint, Defendant restates, re-alleges and fully incorporates herein its responses to paragraphs 1-52 above.

73.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 73 of the Plaintiff's Complaint and demands strict proof thereof.

74.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 74 of the Plaintiff's Complaint and demands strict proof thereof.

75.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 75 of the Plaintiff's Complaint and demands strict proof thereof.

76.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 76 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

77.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 77 of the Plaintiff's Complaint and demands strict proof thereof.

78.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 78 of the Plaintiff's Complaint and demands strict proof thereof.

79.    Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 79 of the Plaintiff's Complaint and demands strict proof thereof.

Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

80.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 80 of the Plaintiff's Complaint and demands strict proof thereof.

81.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 81 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

82.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 82 of the Plaintiff's Complaint and demands strict proof thereof.

83.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 83 of the Plaintiff's Complaint and demands strict proof thereof. Further, Defendant denies that there are any individuals similarly situated to Plaintiff for purposes of opting in to this litigation and/or who desire to opt in.  Still further, Defendant denies that this case is appropriate for class treatment.

84.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 84 of the Plaintiff's Complaint and demands strict proof thereof.

85.     Defendant denies the allegations, inferences and legal conclusions contained in Paragraph 85 of the Plaintiff's Complaint and demands strict proof thereof.

Defendant denies that Plaintiff is entitled to any of the damages or relief sought in the WHEREFORE clause of the fourth cause of action of the Plaintiff's complaint.

**AFFIRMATIVE DEFENSES**

86.     As and for its First Affirmative Defense, Defendant states that none of its actions were "willful", as said term is defined by the Fair Labor Standards Act, regulations, and interpretive case law.

87.     As and for its Second Affirmative Defense, Defendant states that the Plaintiff's claim for liquidated damages is barred because Defendant at all times material hereto acted in good faith and had reasonable grounds for believing that its policies and practices were not violations of the FLSA, as amended.

88.     As and for its Third Affirmative Defense, Defendant states that all or part of the Plaintiff's claims are barred by the applicable statute of limitations.

89.     As and for its Fourth Affirmative Defense, Defendant states that the Plaintiff's claims are barred because Defendant at all times material hereto acted in good faith in conformity with and in reliance on written administrative regulations, order, rulings, approvals and/or interpretations of the Administrator of the Wage and Hour Division of the Department of Labor.

90.     As and for its Fifth Affirmative Defense, Defendant states that the Plaintiff's claims are barred by the "*de minimus*" doctrine.

91.     As and for its Sixth Affirmative Defense, Defendant states that the Plaintiff's claims are barred to the extent any hours worked by the Plaintiff over forty

in any particular workweek was without the knowledge, either actual or constructive, of the Defendant.

92.    As and for its Seventh Affirmative Defense, Defendant states that the Plaintiff's claims are barred because he has been properly paid, for all hours worked, including overtime hours.

93.    As and for its Eighth Affirmative Defense, Defendant states that to the extent the Plaintiff obtains any recovery based on the FLSA claims, Plaintiff's claims for attorneys' fees and costs are barred based on the authority of *Goss v. Killian Oaks House of Learning*, 248 F. Supp. 2d 1162 (S.D. Fla. 2003).

94.    As and for its Eleventh Affirmative Defense, Defendant states that Plaintiff's claims are barred in whole or in part due to Plaintiff's failure to accurately record the number of hours he worked.

95.    As and for its Twelfth Affirmative Defense, Defendant states that Plaintiff's claims are barred in whole or in part due to Plaintiff improperly recording hours that he did not actually work, and Defendant is entitled to a set-off for any such improperly recorded hours.

96.    As and for its Thirteenth Affirmative Defense, Defendant states that the Plaintiff's claims are barred by the estoppel provisions of the Portal-to-Portal Act, to the extent that Plaintiff purports to bring this action as a representative action.

97.    As and for its Fourteenth Affirmative Defense, and to the extent that Plaintiff attempts to bring this action on behalf of other similarly situated employees,

Defendant  states that there exist no similarly situated employees and/or no similarly situated employees desire to opt-in to this action.

### Additional Affirmative Defenses

Defendant reserves the right to assert additional affirmative defenses which may be learned or disclosed through the discovery process.

WHEREFORE, having fully answered the Plaintiff's complaint, Defendant prays that this Honorable Court dismiss with prejudice Plaintiff's claims in full, tax costs against the Plaintiff and in favor of Defendant, and reserve jurisdiction to consider a timely filed motion for attorneys' fees on the authority of *Kreager v. Solomon & Flanagan*, P.A., 775 F.2d 1541 (11th Cir. 1985); and *Turlington v. Atlanta Gas Light Co.*, 135 F.3d 1428 (11th Cir. 1998).

Dated:    January 10, 2014          Respectfully submitted,
          Boca Raton, FL

                                    s/ Daniel R. Levine
                                    DANIEL R. LEVINE, ESQ.
                                    Florida Bar No. 0057861
                                    E-mail:   drlevine@bennardolevine.com
                                    BENNARDO LEVINE LLP
                                    1860 NW Boca Raton Blvd.
                                    Boca Raton, FL  33432
                                    Telephone:   (561) 392-8074
                                    Facsimile:    (561) 368-6478
                                    Attorneys for Defendant

21

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

_s/ Daniel R. Levine_
DANIEL R. LEVINE, ESQ.

**SERVICE LIST**

_Don Eagle v. Fallsafe Solutions, LLC et al._
Case No.2:13-cv-00797-SPC-DNF
United States District Court, Southern District of Florida

| | |
|---|---|
| Bill B. Berke, Esquire<br>E-Mail: berkelaw@yahoo.com<br>Berke Law Firm, P.A.<br>1003 Del Prado Blvd., Ste. 300<br>Cape Coral, FL 33990<br>Telephone:   (239) 549-6689<br>Facsimile:    (239) 549-3331<br>Counsel for Plaintiff<br>_Via CM/ECF_ | Daniel R. Levine, Esquire<br>E-Mail:   drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL  33432<br>Telephone:   (561) 392-8074<br>Facsimile:    (561) 368-6478<br>Counsel for Defendant<br>_Via CM/ECF_ |